IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00957-BNB

DAT D. DO,

    Applicant,

v.

COLORADO DEPT. OF CORRECTIONS, and
R. MILYARD, Warden,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Dat D. Do, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Do filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging an immigration detainer filed against him by the Department of Homeland Security, Immigration and Customs Enforcement, formerly the Immigration and Naturalization Service.

On June 15, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Do to show cause within thirty days why the habeas corpus application should not be denied because he is not in custody for purposes of the claims he seeks to raise. The June 15 order warned Mr. Do that if he failed to show cause to the Court's satisfaction within the time allowed, the application would be denied and the action dismissed without further notice. Mr. Do failed within the time allowed to show cause as directed or otherwise to communicate with the Court in any way.

Although the Court entered an Order of Dismissal and Judgment in this action approximately on July 27, 2007, it has come to the Court's attention that the order and judgment were never docketed. Therefore, the Court is re-entering the dismissal order and the judgment. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure within the time allowed to show cause as directed and for failure to prosecute.

DATED at Denver, Colorado, this 22 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00957-BNB

Dat D. Do
Prisoner No. 64096
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/22/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk